M. P. No. 554. ALFRED J. BISHOP *v.* HAROLD V. LANGLOIS, *Warden.* Habeas corpus granted, writ to issue. *John A. Varone,* for petitioner. *Donald P. Ryan,* Asst. Attorney General, for respondent.

M. P. No. 1783. HARRY J. COLLINS *v.* HAROLD V. LANGLOIS, *Warden.* Motion to dismiss petition for habeas corpus granted. *Paul Kelley,* Assistant Public Defender, for petitioner. *Donald P. Ryan,* Asst. Attorney General, for respondent.

Ex. &c. No. 10,568. ANNIE ASHTON EWING *v.* TAX ASSESSORS OF JAMESTOWN. Reargument denied. *Sheffield & Harvey, W. Ward Harvey,* for petitioner-appellant. *Letts & Quinn, Daniel J. Murray, Jerome B. Spunt,* for respondents-appellees.

APPEAL No. 598. HENRY M. HILL *v.* M. S. ALPER & SON, INC. Motion to dismiss appeal of Receiver denied without prejudice. *Samuel J. Kolodney, Abraham Belilove,* for plaintiff. *Edwin O. Halpert,* Permanent Receiver of Defendant Corporation, for defendant.

December 17, 1968.

M. P. No. 600. HEIDI L. KANG *v.* TAI K. KANG. Certiorari granted, writ to issue forthwith. *Albert B. Watt,* for plaintiff-appellee. *Levy, Goodman, Semonoff & Gorin, Jordan Tanenbaum,* for defendant-appellant.

M. P. No. 601. ARTHUR NOVOGROSKI *v.* WALTER O'BRIEN. Certiorari denied. *Charles J. McGovern, Arthur Novogroski,* for petitioner-appellant. *D. A. St. Angelo,* for respondent-appellee.

M. P. No. 614. MYER H. RUBIN *v.* BESSIE RUBIN. Petitioner's motion for leave to file petition for certiorari granted. His motion for stay in Family Court denied. *Isidore Kirshenbaum,* for petitioner. *Leonard A. Kamaras,* for respondent.